UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC HOUSTON,

    Plaintiff,

v.                                                    Case No. 3:15cv319/MCR/CJK

M. DELMONICO, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    On July 21, 2015, the undersigned entered an order noting that plaintiff had neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis* and advising plaintiff that his case cannot proceed until he either pays the filing fee or files a properly completed *in forma pauperis* motion with supporting documentation (doc. 3).  The undersigned allowed plaintiff thirty days in which to pay the fee or submit an *in forma pauperis* motion and warned plaintiff that failure to do so would result in a recommendation that the case be dismissed for failure to prosecute and failure to comply with an order of the court.

    After more than thirty days passed and plaintiff had neither paid the filing fee nor submitted an *in forma pauperis* motion, the undersigned entered another order allowing plaintiff fourteen days in which to show cause why the case should not be dismissed (doc. 4).  More than fourteen days have passed and plaintiff has not

responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED for failure to prosecute and/or failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 11th day of September, 2015.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No. 3:15cv319/MCR/CJK

Case No. 3:15cv319/MCR/CJK